UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>AJAN HERMANN ESCUDERO, )<br>  )<br>Defendant. )<br>_____ ) | CASE NO. MJ 10-550<br><br>DETENTION ORDER |

Offense charged:    Felon in Possession of a Firearm

Date of Detention Hearing:    January 10, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged with possessing numerous firearms, both handguns and rifles, thousands of rounds of ammunition, a Kevlar helmet and body armor, large knives, and

hats and badges emblazoned with the names of various law enforcement agencies. At least one firearm was reported stolen. Several firearms were capable of accepting large capacity magazine, which were also found in a search of defendant's residence.

(2) Defendant reports no source of income and is unemployed. His past criminal record includes weapons charges, and his federal probation was revoked in 2002 for possessing a stolen firearm.

(3) Defendant poses a risk of nonappearance due to lack of employment or legitimate income source, and a history of supervised release violations. He poses a risk of danger due to criminal history, which includes past weapons charges.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of January, 2011.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge